1036

[No. 21529-2-II.    Division Two.    February 27, 1998.]

THE STATE OF WASHINGTON, *Petitioner*, v. MARK A. ANDERSEN, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 94-1-01597-6, Thomas A. Swayze, Jr., J., entered December 13, 1996. *Reversed* by unpublished opinion per Houghton, C.J., concurred in by Morgan and Hunt, JJ.

[Nos. 35377-2-I; 36924-5-I;   Division One.   March 2, 1998.]
     37670-5-I.

THE STATE OF WASHINGTON, *Respondent*, v. DAVIDO, *Appellant*.

Appeals from a judgment of the Superior Court for King County, No. 93-1-05332-7, Patricia H. Aitken, J., entered September 12, 1994. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Baker, C.J., and Cox, J.

[No. 35683-6-I.    Division One.    March 2, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. SHAWN ALLEN SWEEN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-1-02886-0, John M. Darrah, J., entered October 27, 1994. *Affirmed* by unpublished per curiam opinion.

[No. 35786-7-I.    Division One.    March 2, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. LINTON NERO, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-1-04637-0, James A. Noe, J., entered December 9, 1994. *Affirmed* by unpublished per curiam opinion.